IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00843-MSK-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOE 2,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 29, 2012.**

    Pursuant to Plaintiff's Notice of Voluntary Dismissal of John Doe 2 Without Prejudice [docket #47], the Motion to Dismiss John Doe No. 2 [filed October 12, 2012; docket #44] is **denied as moot**.